1  FRANKLIN C. ADAMS, Bar No. 85351
   franklin.adams@bbklaw.com
2  BEST BEST & KRIEGER LLP
   3390 University Avenue, 5th Floor
3  P.O. Box 1028
   Riverside, CA  92502
4  Telephone:  (951) 686-1450
   Facsimile:  (951) 686-3083
5

6  Attorneys for Robert S. Whitmore Chapter 7 Trustee
   for the Bankruptcy Estate of Bausman and Company
7  Incorporated

8

9              UNITED STATES BANKRUPTCY COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11                 RIVERSIDE DIVISION

12

13 | In re: | Case No.  6:17-bk-10724-MH |

14 | BAUSMAN AND COMPANY INCORPORATED, | Chapter:  7 |

15 | Debtor. | MOTION FOR ORDER APPROVING THE SALE OF PERSONAL PROPERTY OF THE BANKRUPTCY ESTATE FREE AND CLEAR OF LIENS; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF ROBERT S. WHITMORE IN SUPPORT THEREOF. |

16

17

18

19                    (Filed concurrently with an Application for
                       Order Shortening Time on Hearing.)
20
                       Hearing:
21
                       (To be set by notice.)
22

23

24

25

26

27

28

# TABLE OF CONTENTS

**Page**

I.    MOTION FOR ORDER APPROVING THE SALE OF PERSONAL PROPERTY OF THE BANKRUPTCY ESTATE FREE AND CLEAR OF LIENS AND INTERESTS ................................................................................................................ 1

    A.    Statement of Facts ................................................................................ 2

    B.    Air Filter to be sold ............................................................................ 2

    C.    Terms of the Sale ................................................................................ 2

    D.    Buyer is a good faith purchaser .......................................................... 3

    E.    Treatment of Secured Creditors .......................................................... 3

II.    MEMORANDUM OF POINTS AND AUTHORITIES ................................ 5

    A.    THE BANKRUPTCY COURT HAS THE AUTHORITY TO AUTHORIZE THE SALE OF ASSETS OUTSIDE THE ORDINARY COURSE OF BUSINESS PURSUANT TO §363(b)(1) ...................................... 5

    B.    THE SALE CONSTITUTES A GOOD FAITH PURCHASE ............................ 6

    C.    THIS SALE MAY PROCEED UNDER 11 U.S.C. §363(f) ............................ 7

III.    CONCLUSION .............................................................................................. 7

IV.    DECLARATION OF ROBERT S. WHITMORE .......................................... 8

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3390 UNIVERSITY AVENUE, 5TH FLOOR
P.O. BOX 1028
RIVERSIDE, CA 92502

# TABLE OF AUTHORITIES

**Page(s)**

**Federal Cases**

*In re Ancor Exploration Co.,*
   30 B.R. 803 (Bankr. N.D. Okla. 1983) ............................................................5

*In re Baldwin United Corp.,*
   43 B.R. 888 (Bankr. S.D. Ohio 1984) ............................................................5

*In re Canyon Partnership,*
   55 B.R. 520 (Bankr. S.D.Cal. 1985) ............................................................5

*In re Coastal Cable T.V., Inc.,*
   24 B.R. 609 (Bankr. 1st Cir. 1982) ............................................................5

*Institutional Creditors of Continental Air Lines, Inc. v. Continental Air Lines, Inc.
   (In re Continental Air Lines, Inc.),*
   780 F.2d 386 (5th Cir. 1986) ............................................................6

*In re Lionel Corp.,*
   722 F.2d 1063 (2d. Cir. 1983)........................................................5, 6

*Stephens Indus., Inc. v. McClung (In re McClung),*
   789 F.2d 386 (6th Cir. 1986)............................................................6

**Federal Statutes**

11 U.S.C. § 363(f) ............................................................7

11 U.S.C. § 363(f)(2) ............................................................7

11 U.S.C. § 541(a) ............................................................5

Title 11 of the United States Code, § 363(b)(1) ............................................................5

§ 363(b) of the Bankruptcy Code............................................................5, 6

§ 363(m) of the Bankruptcy Code............................................................6

MOTION FOR ORDER APPROVING THE SALE
OF PERSONAL PROPERTY OF THE
BANKRUPTCY ESTATE

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3390 UNIVERSITY AVENUE, 5TH FLOOR
P.O. BOX 1028
RIVERSIDE, CA 92502

1

**I.**

2    **MOTION FOR ORDER APPROVING THE SALE OF PERSONAL PROPERTY OF THE**

3    **BANKRUPTCY ESTATE FREE AND CLEAR OF LIENS AND INTERESTS**

4    Robert S. Whitmore Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of

5    Bausman and Company Incorporated, moves the Court for an Order approving and authorizing

6    the sale of a used Torit "484 RFW-12" Reverse Air Pump Filter (the "Air Filter") to Ex-Factory

7    (the "Buyer"), free and clear of liens and encumbrances, if any, with such liens and encumbrances

8    attaching to the proceeds of said sale to the same extent, nature and validity as to the original

9    alleged collateral. Trustee seeks to sell such Air Filter pursuant to 11 U.S.C. §363(b) §363(f) and

10    §363(m).

11    The Trustee does not believe it is prudent or necessary to attempt to resolve by judicial

12    determination, any disputes with the holders of any disputed liens and encumbrances by Court

13    order or judgment prior to the sale. The unresolved disputed Liens and Encumbrances, if any, are

14    subject to bona fide disputes as set forth in more detail below. The Bankruptcy Code authorizes

15    the Trustee to sell free and clear of such interests under 11 U.S. C. 363(f). If the Estate is forced

16    to wait for resolution of the disputes the sale at this price may not occur. The Trustee has been

17    informed by the broker for the buyer that time is of the essence and that the buyer may back out

18    of the deal if the motion is not set on shortened time. Another buyer at this price would be

19    difficult if not impossible to find. It is absolutely essential for the Trustee to be able to quickly

20    liquidate the Estate's interest in the Air Filter for its maximum possible value.

21    The Trustee has sold similar dust collection systems in the past and is familiar with their

22    value. As an example in the auction of the assets of Luxe Cabinetry LLC (bankruptcy case

23    number 6:11-bk-21374-DS) the same model Air Filter sold at auction for $5,100 and two (2)

24    other models sold for $4,001 and $2,200 respectively. In addition, the sale is to a third party

25    without incurring broker fees, commissions or other expenses. Based upon the fact that the

26    system is already dismantled and ready for transport he believes that the price is *very* fair and

27    reasonable.

28    / / /

MOTION FOR ORDER APPROVING THE SALE
OF PERSONAL PROPERTY OF THE
BANKRUPTCY ESTATE

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3390 UNIVERSITY AVENUE, 5TH FLOOR
P.O. BOX 1028
RIVERSIDE, CA 92502

**A.**    <u>**Statement of Facts.**</u>

1.    On or about January 30, 2017 (the "Petition Date"), Bausman and Company Incorporated (the "debtor"), filed a petition for relief under Chapter 11 of the Bankruptcy Code and was assigned case number 6:17-bk-10724-MH (the "Chapter 11 Case").

2.    On September 27, 2017 the Chapter 11 Case was converted to a case under Chapter 7 (the "Estate")

3.    Robert S. Whitmore is the duly appointed and acting Chapter 7 Trustee for the Estate.

4.    This Court has jurisdiction in this matter pursuant to 28 U.S.C. §§1334 and 157.

**B.**    <u>**Air Filter to be sold.**</u>

1.    The debtor has a fee ownership interest in a Torit "484 RFW-12" Reverse Air Pump Filter (the "Air Filter") located at 1500 Crafton Avenue, Mentone, California 92359.

2.    The Air Filter is approximately thirteen feet (13') wide and forty-five feet (45') tall.  Because of its size the Air Filter it is costly and difficult to dismantle, transport and reinstall. In most cases rather than sell the used Air Filters, they are abandoned or sold for their scrap value. (See Declaration of Robert S. Whitmore at ¶7.)  However, because the system is already dismantled and ready for transport there is some real value as reflected in the proposed purchase price.

**C.**    <u>**Terms of the Sale.**</u>

1.    The terms of the sale are evidenced by the Purchase Order from Ex-Factory, Inc. ("Buyer") a true and correct copy of which is attached hereto as **Exhibit 1**.  In summary the terms of the sale are as follows:

    a.    The Estate is selling the Air Filter "As is";

    b.    The Buyer shall pay to the Trustee the purchase price of $50,000 to be paid as follows:

        (1)    The Trustee has received the Buyer's deposit in the amount of $5,000 (the "Deposit");

        (2)    The Deposit is refundable if any substantial items (essential to the

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3390 UNIVERSITY AVENUE, 5TH FLOOR
P.O. BOX 1028
RIVERSIDE, CA 92502

1    operation of the Air Filter) are missing and not replaced; and

2            (3)    The Buyer will pay the $45,000 balance to the Trustee prior to

3    arranging pickup of the Air Filter.

4        c.    The Buyer will arrange loading/transportation and rigging.

5        d.    The Trustee will provide the Buyer with the name of the company which

6    performed the rigging to the existing premises.

7    **D.**    **Buyer is a good faith purchaser.**

8    The Trustee believes that the Buyer is a good faith purchaser and that this sale qualifies

9    for a finding of good faith under 11 U.S.C. § 363(m).  As a result, the Trustee requests a finding

10    that 363(m) applies.

11    **E.**    **Treatment of Secured Creditors.**

12    The Trustee has conducted an investigation into the Books and Records of the debtor, its

13    bankruptcy Petition and Schedules as well as performed lien search in the State of California (A

14    copy of that lien search is attached hereto as **Exhibit "2"**) which reveals the following lien

15    claimants:

16    1.    The Internal Revenue Service: Lien upon all assets of the debtor. For 940 and 941

17    taxes and civil penalties in the amount of $41,949.27. *This lien was filed on February 24, 2017,*

18    *twenty-five (25) days after the filing of the debtor's bankruptcy petition on January 30, 2017.* The

19    Trustee asserts that this lien was filed in contravention of the automatic stay (11 U.S.C. §362) and

20    is, therefore, void.

21    2.    Walker Greenbank, Inc. d/b/a Arthur Sanderson and Sons NA, Ltd., Inc.  A lien

22    upon samples books and other items that are not the subject of this sale.

23    3.    A Notice of Judgment Lien in the amount of $42,004.62, filed by the Labor

24    Commissioner of the State of California on December 28, 2016. *A lien upon all assets of the*

25    *debtor.* This lien was filed within ninety (90) days of the filing of the debtor's bankruptcy. *The*

26    *Trustee asserts that this lien is avoidable pursuant to 11 U.S.C. §547(b)(4)(A).*

27    4.    Summit Financial Resources. A lien upon all assets of the debtor.  The debtor lists

28    the amount of this lien as "unknown" upon his schedules.  The Trustee is informed and believes

- 3 -    MOTION FOR ORDER APPROVING THE SALE
OF PERSONAL PROPERTY OF THE
BANKRUPTCY ESTATE

1  that the balance due to this creditor is $436.00, and that Summit Financial consents to the sale of

2  this asset. This lien will be paid upon consummation of the sale and Trustee seeks authority to do

3  so.

4      5.    Financial Pacific Leasing, Inc.  A lien upon equipment and other personal

5  property, relating to Financial Pacific Leasing, Inc.'s Contract #001-0963589-301, dated

6  08/22/2014, between the debtor and secured party together with all attachments, additions,

7  accessories, substitutions and replacements thereto. After consultation with Nicole Miller, Loss

8  Recovery Agent for Financial Pacific Leasing, the Trustee is informed and believes that there are

9  no amounts due upon this lien, in that all amounts have been paid in full and that this creditor will

10  consent to the sale of this asset.

11      6.    RCL Funding a division of Navitas Lease Corp., ISAOA.  A lien upon computer

12  and office equipment and other items which are not the subject of this sale motion.

13      WHEREFORE, the Trustee requests that the Court conduct and approve the sale of the

14  Property, grant the Trustee full authority to take any and all actions necessary to complete the

15  transaction; a finding that this sale qualifies for a finding of good faith under 11 U.S.C. § 363(m);

16  and a finding that the Buyer is good faith purchaser and a finding that 11 U.S.C. §363(m) applies.

17  Trustee further seeks authority to pay the lien of Summit Financial Resources as indicated above.

18

19  Dated: November __9__, 2017              BEST BEST & KRIEGER LLP

20

21  By: _____
    FRANKLIN C. ADAMS

22                                          Attorneys for Robert S. Whitmore Chapter
                                            7 Trustee for the Bankruptcy Estate of

23                                          Bausman and Company Incorporated

24

25

26

27

28

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3390 UNIVERSITY AVENUE, 5TH FLOOR
P.O. BOX 1028
RIVERSIDE, CA 92502

MOTION FOR ORDER APPROVING THE SALE
OF PERSONAL PROPERTY OF THE
BANKRUPTCY ESTATE

## II.

## MEMORANDUM OF POINTS AND AUTHORITIES

The Trustee herein, Robert S. Whitmore, seeks to sell the Air Filter, property of the bankruptcy estate free and clear of liens and interests.

A.   **THE BANKRUPTCY COURT HAS THE AUTHORITY TO AUTHORIZE THE SALE OF ASSETS OUTSIDE THE ORDINARY COURSE OF BUSINESS PURSUANT TO §363(b)(1).**

Title 11 of the United States Code, section 363(b)(1) provides that "[t]he trustee, after notice and a hearing, may use, sell, or lease, other than in the ordinary course of business, property of the estate. Property of the estate, as defined in 11 U.S.C. §541(a), includes all legal or equitable interest of the debtor in property as of the commencement of the case, regardless of where the property is located, or by whom it is held.

This Court's power to authorize the subject sale under §363(b) of the Bankruptcy Code is to be exercised at its discretion. See *In re Lionel Corp.,* 722 F.2d 1063, 11069 (2d. Cir. 1983); *In re Coastal Cable T.V., Inc.,* 24 B.R. 609, 611 (Bankr. 1st Cir. 1982); rev. on other grounds, 709 F.2d 762 (1st Cir. 1983); *In re Baldwin United Corp.,* 43 B.R. 888, 905 (Bankr. S.D. Ohio 1984); *In re Ancor Exploration Co.,* 30 B.R. 803, 808 (Bankr. N.D. Okla. 1983).

The standard to be applied in determining whether a sale should be authorized under 363(b)(1) us whether such sale is in the best interest of the estate and whether the price is fair and reasonable. See *In re Canyon Partnership*, 55 B.R. 520 (Bankr. S.D.Cal. 1985). A trustee is given substantial deference and discretion in this regard. *See id.* In *Lionel*, the court held that for the court to exercise proper discretion, a good business reason must be shown. *Id.* Further, the court stated that the discretionary power was available to further the interests of the debtor, its creditors, and its equity security holders. *See id.* at 1071. The court specifically rejected prior Second Circuit authority under the Bankruptcy Act which mandated a showing of an emergency before the court would approve a sale outside the ordinary course of business. *See id.* at 1068.

The Second Circuit in *Lionel* noted that in enacting the Code, Congress had dropped the requirement that the approval of a sale outside the ordinary course of business depends upon a

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3390 UNIVERSITY AVENUE, 5TH FLOOR
P.O. BOX 1028
RIVERSIDE, CA 92502

MOTION FOR ORDER APPROVING THE SALE
OF PERSONAL PROPERTY OF THE
BANKRUPTCY ESTATE

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3390 UNIVERSITY AVENUE, 5TH FLOOR
P.O. BOX 1028
RIVERSIDE, CA 92502

1   showing of cause because the Second Circuit interpreted congress' change to reflect an intent to

2   allow sales under § 363(b) more readily than sales under the Act. *See id.* at 1069. Accordingly,

3   the Trustee must merely demonstrate a good business reason for selling the property.

4       A proposed use, sale or lease of property under 363(b) is appropriate if some "articulated

5   business justification" exists for the transaction. See *Institutional Creditors of Continental Air*

6   *Lines, Inc. v. Continental Air Lines, Inc. (In re Continental Air Lines, Inc.),* 780 F.2d 386, 390

7   (5th Cir. 1986); *Stephens Indus., Inc. v. McClung (In re McClung)* , 789 F.2d 386, 390 (6th Cir.

8   1986). Trustee has a sound business reason for selling the Property, because the Trustee believes

9   the proceeds of such sale will create a fund out of which administrative expenses and creditors of

10  this estate may be paid or satisfied.

11      Therefore, the Trustee believes that the proposed sale by auction is reasonable and in the

12  best interest of the estate and its creditors.

13  **B.**    **THE SALE CONSTITUTES A GOOD FAITH PURCHASE**.

14      Section 363(m) of the Bankruptcy Code provides that:

15          The reversal or modification on appeal of an authorization under
    subsection (b) or (c) of this section of a sale or lease of property
16          does not affect the validity of a sale or lease under such
    authorization to an entity that purchased or leased such property in
17          good faith, whether or not such entity knew of the pendency of the
    appeal, unless such authorization and such sale or lease were
18          stayed pending appeal.

19      In other words, if a buyer purchases property of the bankruptcy estate in good faith (with

20  "good faith" being determined according to the facts of each individual case), the order

21  authorizing the sale of such property may not be reversed or modified after consummation of the

22  sale, and any appeal of the bankruptcy court's order will be dismissed as moot. In this instance,

23  the Buyer is making an offer in good faith for purchase of the Property. As set forth above, as

24  well as in the accompanying Motion, the Trustee is presently unaware of any other party or

25  parties other than those set forth in the Motion who assert or hold an interest in the Property.

26  Accordingly, the Trustee asserts that the proposed sale constitutes a good faith purchase pursuant

27  to 11 U.S.C. § 363(m).

28  / / /

MOTION FOR ORDER APPROVING THE SALE
OF PERSONAL PROPERTY OF THE
BANKRUPTCY ESTATE

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3390 UNIVERSITY AVENUE, 5TH FLOOR
P.O. BOX 1028
RIVERSIDE, CA 92502

**C.**     **THIS SALE MAY PROCEED UNDER 11 U.S.C. §363(f).**

This sale may proceed free and clear of liens and encumbrances because the liens of the creditors who hold a security interest in the Property are in dispute.  Thus satisfying the requirements of *11 U.S.C. §363(f)(4)*.

> § 363.  Use, sale, or lease of property
>
> ... (f)  The trustee may sell property under subsection (b) or (c) of this section free and clear of any interest in such property of an entity other than the estate, only if-- ...
>
> (4) such interest is in bona fide dispute; ...

Here, each of the liens referenced above is either the subject of a bona fide dispute, is not applicable to the property to be sold, the secured creditor consents or will be paid in full from the sale proceeds.

**III.**

**CONCLUSION.**

Based upon the foregoing Memorandum of Points and Authorities, the Trustee respectfully requests that this Motion be granted and that the relief requested be authorized by this Court.

Dated: November  9  , 2017                BEST BEST & KRIEGER LLP

By:  _____
FRANKLIN C. ADAMS
Attorneys for Robert S. Whitmore Chapter 7 Trustee for the Bankruptcy Estate of Bausman and Company Incorporated

MOTION FOR ORDER APPROVING THE SALE
OF PERSONAL PROPERTY OF THE
BANKRUPTCY ESTATE

## IV.

## <u>DECLARATION OF ROBERT S. WHITMORE</u>

I, Robert S. Whitmore, declare as follows:

1.      I am the duly appointed and acting Chapter 7 Trustee of the Bankruptcy Estate of Bausman and Company Incorporated.  I have personal knowledge of the following facts and, if called as a witness, could and would testify competently to them.

2.      In my capacity as Trustee of the within bankruptcy estate, I am the proposed Seller of the bankruptcy estate's interest in the used Torit "484 RFW-12" Reverse Air Pump Filter (the "Air Filter") to Ex-Factory, Inc. (the "Buyer") described in the attached Motion for order approving the sale by auction of personal property of the bankruptcy estate free and clear of liens and interests; and Memorandum of points and authorities (the "Motion").

3.      It is absolutely essential to be able to quickly liquidate the Estate's interest in the Air Filter for its maximum possible value. I have been informed by the broker for the buyer that time is of the essence and that the buyer may back out of the deal if the motion is not set on shortened time.  Another buyer at this price would be difficult if not impossible to find.

4.      The debtor maintains a fee ownership interest in the Air Filter located at 1500 Crafton Avenue, Mentone, California 92359.

5.      While evaluating the equipment at the debtor's business location, I sought and obtained proposed values for the Air Filter when sold with other assets of the debtor, the following is a list of the proposals received:

        a.      <u>The First Estimate:</u> *All* of the assets of the debtor (including the Air Filter) approximately individual 250 items, if sold at auction as 75 classes of equipment, the gross proceeds was estimated as being within the range of $90,000 to $120,000, less a 15% commission and less estimated costs of $57,525, which reduces amount of available funds to the estate to between $18,975 to $50,475.

        b.      <u>The Second Estimate:</u>  Another auction company offered three proposals.

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3390 UNIVERSITY AVENUE, 5TH FLOOR
P.O. BOX 1028
RIVERSIDE, CA 92502

23336.00100\30290990.2

-8-

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3390 UNIVERSITY AVENUE, 5TH FLOOR
P.O. BOX 1028
RIVERSIDE, CA 92502

1      The First Proposal is an outright purchase of all of the Assets[1] of the debtor for $60,000.

2      The Second Proposal being an auction with the estate receiving a guaranteed sum of

3      $50,000 and if the auction results in sales in excess of $75,000 the amount over $75,000 to

4      be shared by the Estate and the auctioneer equally.  The Third Proposal being a

5      commissioned sale, where the auctioneer retains 10% of the selling price with the first

6      $25,000 as a flat fee.

7      6.      I have sold similar dust collection systems in the past and I am familiar with their

8      value.  As an example in the auction of the assets of Luxe Cabinetry LLC (bankruptcy case

9      number 6:11-bk-21374-DS) the same model Air Filter sold at auction for $5,100 and two (2)

10      other models sold for $4,001 and $2,200 respectively. Further, this sale is to a third party without

11      incurring broker fees, commissions or other expenses.  Based upon the fact that the system is

12      already dismantled and ready for transport I believe that the price is *very* fair and reasonable.

13      7.      The Air Filter is approximately thirteen feet (13') wide and forty-four feet (44')

14      tall.  Because of its size the Air Filter it is costly and difficult to dismantle, transport and reinstall.

15      In most cases rather than sell the used Air Filters, they are abandoned or sold for their scrap value

16      because of the costs of dismantling and transport.

17      8.      I am requesting authority to sell the Air Filter to the Buyer for Fifty Thousand

18      Dollars ($50,000), "As Is", with all Liens and Encumbrances upon the Air Filter to be

19      unconditionally released, discharged and terminated, and with any Liens and Encumbrances to

20      attach only to the proceeds of the sale with the same priority, validity, force and effect as they

21      existed with respect to the Air Filter prior to the sale.  I do not believe it is prudent or necessary to

22      attempt to resolve by judicial determination, any disputes with the holders of any disputed Liens

23      and Encumbrances by Court order or judgment prior to the sale. The unresolved disputed Liens

24      and Encumbrances, if any, would be subject to a bona fide dispute for which the Bankruptcy

25      Code authorizes the me as the Trustee to sell free and clear of such interests under 11 U.S. C.

26      363(f).  If the Estate is forced to wait for resolution of the disputes, if any, the I will lose the

27

28      [1] The Assets are as described in paragraph 5(a), supra.

MOTION FOR ORDER APPROVING THE SALE
OF PERSONAL PROPERTY OF THE
BANKRUPTCY ESTATE

1  opportunity to capitalize on the current interest from the Buyer and the Estate will expend further

2  funds to list and market the Air Filter for sale, and may incur the additional expense of sale by

3  auction, which will dilute the amount of funds available for the Estate.

4      9.    I am selling the property in an "as is" condition and, therefore, make no warranties

5  or representations whatsoever as to the condition or character of the Air Filter.

6      10.    Pursuant to the sale contract, a true copy of which is attached to the Motion as

7  Exhibit 1, the Buyer has delivered to me the deposit of five thousand dollars ($5,000).

8      11.    I am informed and believe that the following liens were filed with the State of

9  California Secretary of State:

10      a.    <u>The Internal Revenue Service:</u> Lien upon all assets of the debtor. For 940

11  and 941 taxes and civil penalties in the amount of $41,949.27. *This lien was filed on*

12  *February 24, 2017, twenty-five (25) days after the filing of the debtor's bankruptcy*

13  *petition on January 30, 2017.* The Trustee asserts that this lien was filed in contravention

14  of the automatic stay (11 U.S.C. §362) and is voidable.

15      b.    <u>Walker Greenbank, Inc. d/b/a Arthur Sanderson and Sons NA, Ltd.,</u> Inc. A

16  lien upon sample books and other items that are not subject of this sale.

17      c.    <u>A Notice of Judgment Lien</u> in the amount of $42,004.62, filed by the Labor

18  Commissioner of the State of <u>California</u> on December 28, 2016. *A lien upon all assets of*

19  *the debtor.* This lien was filed within ninety (90) days of the filing of the debtor's

20  bankruptcy. *The Trustee asserts that this lien is avoidable pursuant to 11 U.S.C.*

21  *§547(b)(4)(A).*

22      d.    <u>Summit Financial Resources L.P.</u> A lien upon all assets of the debtor. The

23  debtor lists the amount of this lien as "unknown" upon his schedules. The Trustee is

24  informed and believes that the balance due to this creditor is $436.00, and that the creditor

25  consents to the sale of this asset.

26      e.    <u>Financial Pacific Leasing, Inc.</u> A lien upon equipment and other personal

27  property, relating to Financial Pacific Leasing, Inc.'s Contract #001-0963589-301, dated

28  08/22/2014, between the debtor and secured party together with all attachments, additions,

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3390 UNIVERSITY AVENUE, 5TH FLOOR
P.O. BOX 1028
RIVERSIDE, CA 92502

MOTION FOR ORDER APPROVING THE SALE
OF PERSONAL PROPERTY OF THE
BANKRUPTCY ESTATE

accessories, substitutions and replacements thereto. I am informed and believe that there are no amounts due upon this lien, in that all amounts have been paid in full.

    f.    <u>RCL Funding a division of Navitas Lease Corp., ISAOA</u>. A lien upon computer and office equipment and other items which are not the subject of this sale motion.

12.    I am requesting that the sale be authorized free and clear of any liens or interests asserted by the Internal Revenue Service; and the Labor Commissioner of the State of California with such liens and encumbrances *(if any)*, attaching to the sale proceeds in the same nature, order, validity, and priority as may presently exist.

13.    I have reviewed the Motion for Order Approving the Sale of Personal Property of the Bankruptcy Estate Free and Clear of Liens; and Memorandum of Points and Authorities. The facts stated therein are true and correct to the best of my knowledge. Based thereon I believe that in my best business judgment that the proposed sale by auction to be fair and equitable under the circumstances as set forth in the Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this _9TH_ day of November, 2017 in the City of Riverside, California.

*Robert S. Whitmore*

Robert S. Whitmore, Declarant

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3390 UNIVERSITY AVENUE, 5TH FLOOR
P.O. BOX 1028
RIVERSIDE, CA 92502

# EXHIBIT 1



**EX-FACTORY INC.**
1805 Sardis Road North
Charlotte, NC 28270 USA
Tel: +1 704-841-2001
Fax: +1 704-841-1200
www.exfactory.com

## No. 170536

# PURCHASE ORDER  Revised 11/03/2017

**TO (SELLER)**
**ROBERT S WHITMORE TRUSTEE**
**FOR BAUSMAN & COMPANY, INC.**
**3600 LIME ST., SUITE 616**
**RIVERSIDE, CA 92501**

**SHIP TO (CUSTOMER)**
**To be advised**

ATTN: Robert Whitmore
PH #: 951-278-9292

| DATE:<br>09/14/2017 | SHIPPING POINT:<br>Mentone, CA | | TERMS:<br>See below | DATE REQUIRED:<br>a.s.a.p |
|---|---|---|---|---|
| EX-FACTORY, NC LICENSE #:<br>602 1 060 73739 | SHIP VIA:<br>Flat Bed Trucks - Collect | | FREIGHT / TRANSPORT:<br>☐ Prepaid  ☑ Collect  ☐ EX-Factory Pays | |

| QTY | PLEASE SUPPLY THE FOLLOWING GOODS TO THE CONDITIONS SPECIFIED BELOW<br>BY ACCEPTING THIS ORDER YOU CONSENT TO ALL CONDITIONS LISTED ON THIS ORDER | PRICE |
|---|---|---|
| 1 | **Used TORIT "484 RFW-12" REVERSE AIR -PUMP - FILTER**<br>Filter System with VFD variable speed drive on main blower, energy-saving ECOGATE System, (2) Rotary Air Locks, and material transfer to Cyclone & unloading into containers.<br>Electric: 460 V, 60 Cy, 3 Ph.      S/N: 1G500742-2/R08350.10<br>Cond: 2000, Purchased "As Is", as inspected whereby all items will be tagged/recorded on inventory by Buyer, Ken Wong, on or about October 3, 2017.<br><br>**Payment Terms:**<br>$  5,000  *(10%)* Deposit included with this PO and is fully refundable if any substantial items (essential to the operation of the system) are missing and not replaced.<br>$ 45,000  Balance due prior to arranging pickup.<br><br>**This Purchase Order is subject to The Bankruptcy Court approval. Said deposit is fully refundable in the event that the said approval is not obtained.**<br><br>NOTES: Buyer will arrange loading/transportation/rigging.<br>Owner/EXF will provide Buyer with name of company which did the rigging and transportation to existing premises.<br><br>*Please Include:* MANUALS, ELECTRICAL DIAGRAMS, and OTHER HISTORY DOCUMENTS.<br>Please send invoice to EXF with copy of B/L | $ 50,000<br><br>**PLEASE DO NOT USE AS A SHIPPING DOCUMENT**<br><br><br><br><br><br>**Total:**<br>$ 50,000 |

**TERMS AND CONDITIONS OF PURCHASE**

➤PURCHASER reserves right to cancel this order if delivery is not made when, and as specified and if PURCHASER'S CUSTOMER fails to pay according to agreed upon terms, or cancels his order with Purchaser.

➤SELLER and PURCHASER agree that jurisdiction and venue for any action arising out of this transaction shall be Mecklenburg County, North Carolina regardless of the Parties' place of business or the equipment's shipping point.

➤SELLER represents that its officer/employee executing this Purchase Order has been duly authorized to sign and deliver this Purchase Order on behalf of Seller.

➤SELLER and the person signing this Purchase Order represent to the Purchaser that the Seller owns the property being sold hereunder free and clear of liens, encumbrances and claims of third parties.     Inv #170536 TC - ao

Juergen Schumacher
For Purchaser

Accepted by Robert Whitmore                    Date
For Seller

Free Listing - Domestic & International Sales - Auctions & Liquidations - Freight & Logistic Arrangements - Warehousing & Reconditioning

Page 1 of 1

# EXHIBIT "2"



| UCC | ACCOUNTS | HELP | BRIEFCASE | LOGOUT |

**Debtor Name Inquiry**

To view the details for each filing click the Show Details button at the bottom of the page.

To display the image of a specific filing, click the **View** icon. **A fee will be charged. Refer to the Fee Schedule under the HELP tab above.**

This Debtor Name Search was performed on 11/07/2017 10:10 with the following search parameters:
**DEBTOR NAME:  BAUSMAN AND COMPANY INCORPORATED**
**MAILING ADDRESS:**
**City, State, Country:**
**Date From:**

---

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|-------|------|---------------|-------------|-------------|-------|------------|
| ☐ | 👁 | **17-7572609347** | **Federal Tax Lien** | 02/24/2017 17:00 | 1 | 03/26/2027 |

| Debtor - Organization | BAUSMAN & COMPANY INC, A CORPORATION | 1425 S CAMPUS AVE, ONTARIO, CA, USA 91761 - 4366 |
|---|---|---|

---

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|-------|------|---------------|-------------|-------------|-------|------------|
| ☐ | 👁 | **17-7567848700** | **Financing Statement** | 01/25/2017 08:51 | 1 | 01/25/2022 |

| Debtor - Organization | BAUSMAN & CO. | 8687 MELROSE AVENUE, SUITE B396, WEST HOLLYWOOD, CA, USA 90069 |
|---|---|---|

---

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|-------|------|---------------|-------------|-------------|-------|------------|
| ☐ | 👁 | **16-7563880064** | **Judgement Lien** | 12/28/2016 17:00 | 2 | 12/28/2021 |

| Debtor - Organization | BAUSMAN AND COMPANY INCORPORATED | 1425 S. CAMPUS AVE, ONTARIO, CA, USA 91761 |
|---|---|---|
| Debtor - Organization | BAUSMAN AND COMPANY INCORPORATED | 1425 S. CAMPUS AVE, ONTARIO, CA, USA 91761 |

---

https://uccconnect.sos.ca.gov/ucc_order/ucc_order-dns.asp?spage=dns-i                    11/7/2017

UCC Connect - INQUIRIES AND ORDERS                                    Page 2 of 2

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|-------|------|---------------|-------------|-------------|-------|------------|
| ☐ | ☑ | 16-7517289642 | Financing Statement | 03/31/2016 06:55 | 1 | 03/31/2021 |

| Debtor - Organization | BAUSMAN AND COMPANY INCORPORATED | 1425 S. CAMPUS AVE., ONTARIO, CA, USA 91761 |
|---|---|---|

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|-------|------|---------------|-------------|-------------|-------|------------|
| ☐ | ☑ | 14-7425565089 | Financing Statement | 08/22/2014 11:46 | 1 | 08/22/2019 |

| Debtor - Organization | BAUSMAN AND COMPANY INCORPORATED | 1425 SOUTH CAMPUS AVENUE, ONTARIO, CA, USA 91761 |
|---|---|---|

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|-------|------|---------------|-------------|-------------|-------|------------|
| ☐ | ☑ | 14-7423363508 | Financing Statement | 08/06/2014 12:57 | 5 | 08/06/2019 |

| Debtor - Organization | BAUSMAN AND COMPANY INCORPORATED | 1425 SOUTH CAMPUS AVE, ONTARIO, CA, USA 91761 |
|---|---|---|

[ Show Details ]

Order Copies:   [ Selected Filings ]   [ All Filings ]

Order Search Certificates:   [ With Copies ]   [ Without Copies ]

Recording Requested By Internal Revenue
Service. When recorded mail to:

INTERNAL REVENUE SERVICE
PO BOX 145595, STOP 8420G
CINCINNATI, OH 45250-5585



**17-7572609347**

**02/24/2017 17:00**

**FILED**
CALIFORNIA
SECRETARY OF STATE



SOS

59902600014   UCC 1 FILING

For Options, Use by Recording Office

| Form 668 (Y)(c) | 6788 Department of the Treasury - Internal Revenue Service |
|---|---|
| (Rev. February 2004) | **Notice of Federal Tax Lien** |

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #7 | Serial Number |
|---|---|
| Lien Unit Phone: (800) 829-3903 | 248941917 |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer BAUSMAN & COMPANY INC, a Corporation

Residence       1425 S CAMPUS AVE
                ONTARIO, CA 91761-4366

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 940 | 12/31/2015 | XX-XXX7941 | 05/02/2016 | 06/01/2026 | 19650.11 |
| 941 | 06/30/2016 | XX-XXX7941 | 10/03/2016 | 11/02/2026 | 291.62 |
| 941 | 09/30/2016 | XX-XXX7941 | 12/19/2016 | 01/18/2027 | 2007.54 |
| CIVP | 12/31/2012 | XX-XXX7941 | 11/21/2016 | 12/21/2026 | 10000.00 |
| CIVP | 12/31/2013 | XX-XXX7941 | 11/21/2016 | 12/21/2026 | 10000.00 |

| Place of Filing | | |
|---|---|---|
| SECRETARY OF STATE CALIFORNIA SACRAMENTO, CA 94235 | Total $ | 41949.27 |

This notice was prepared and signed at _____ OAKLAND, CA _____ , on this, the ___09th___ day of ___February___, 2017.

| Signature | Title |
|---|---|
| *Cheryl Cordova* | ACS SBSE |
| for G.J. CARTER-LOUIS | (800) 829-3903 |

27-00-0008

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Form 668 (Y)(c) (Rev. 2-2004)
CAT. NO 60025X

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**

201-880-6640

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Feingold & Edelblum, LLC
Two University Plaza
Suite 307
Hackensack, NJ 07601
USA

DOCUMENT NUMBER: 59354280002
FILING NUMBER: 17-7567846700
FILING DATE: 01/25/2017 08:51

IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR Bausman & Co. | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 8687 Melrose Avenue, Suite B396 | West Hollywood | CA | 90069 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR Walker Greenbank, Inc. d/b/a Arthur Sanderson and Sons NA, Ltd., Inc. | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 800 Huyler Street | Teterboro | NJ | 07608 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:

All samples, sample books and inventory containing wallcoverings, including fabrics, papers etc. manufactured by or for Walker Greenbank, Inc. and/or its subsidiaries and affiliates and all fixtures, displays and furnishings supplied by Walker Greenbank, Arthur Sanderson and Sons, NA or their subsidiaries and/or affiliates.

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

**6b.** Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor ☑ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**

FILING OFFICE COPY

**16-7563880064**
**12/28/2016 17:00**



**FILED**
CALIFORNIA
SECRETARY OF STATE

SOS

**NOTICE OF JUDGMENT LIEN**
FOLLOW INSTRUCTIONS CAREFULLY (front and back of form.)

**A. NAME & PHONE OF FILER'S CONTACT** (optional)
(213-273-8400)

**B. SEND ACKNOWLEDGMENT TO: (NAME AND ADDRESS)**

The Wage Justice Center
3250 Wilshire Blvd., 13th Flr.
Los Angeles, CA 90010

58986880016  UCC 1 FILING

THIS SPACE FOR FILING OFFICE USE ONLY

**1. JUDGMENT DEBTOR'S EXACT LEGAL NAME** –Insert only one name, either 1a or 1b. Do not abbreviate or combine names.

**1a. ORGANIZATION'S NAME**
BAUSMAN AND COMPANY INCORPORATED

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1425 S. CAMPUS AVE | ONTARIO | CA | 91761 | US |

**2. JUDGMENT CREDITOR'S NAME**– Do not abbreviate or combine names.

**2a. ORGANIZATION'S NAME**
Labor Commissioner of the State of California

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2031 Howe Avenue, Suite 100 | Sacramento | CA | 95825 | US |

**3. ALL PROPERTY SUBJECT TO ENFORCEMENT OF A MONEY JUDGMENT AGAINST THE JUDGMENT DEBTOR TO WHICH A JUDGMENT LIEN ON PERSONAL PROPERTY MAY ATTACH UNDER SECTION 697.530 OF THE CODE OF CIVIL PROCEDURE IS SUBJECT TO THIS JUDGMENT LIEN.**

A. Title of court where judgment was entered: San Bernardino Court House

   Justice Center

B. Title of the action: URIEL MORALES v. BAUSMAN AND COMPANY INCORPORATED

C. Number of this action: CIVDS 1601686

D. Date judgment was entered: January 29, 2016

E. Date of subsequent renewals of judgment (if any): _____

F. Amount required to satisfy judgment at date of this notice: $ $42,004.62

G. Date of this notice: 2 7 DEC 2016

**4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

SIGNATURE – SEE INSTRUCTION NO. 4

Dated: November 17, 2016
(If not indicated, use same as date in item 3G.)

FOR: The Wage Justice Center

FILING OFFICE COPY

NOTICE OF JUDGMENT LIEN (FORM JL1) (Rev. 6/01)
Approved by the Secretary of State

599966880016

## JUDGMENT LIEN ADDENDUM
**FOLLOW INSTRUCTIONS CAREFULLY (FRONT AND BACK OF FORM)**

**5. NAME OF JUDGMENT DEBTOR:** (NAME OF FIRST DEBTOR ON RELATED JUDGMENT LIEN)

| 5a. ORGANIZATION'S NAME BAUSMAN AND COMPANY INCORPORATED | | | |
|---|---|---|---|
| 5b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**6. ADDITIONAL JUDGMENT DEBTOR – insert only one name (6a or 6b):**

| 6a. ORGANIZATION'S NAME BAUSMAN AND COMPANY INCORPORATED | | | | | |
|---|---|---|---|---|---|
| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 6c. MAILING ADDRESS 1425 S. CAMPUS AVE | CITY ONTARIO | STATE CA | POSTAL CODE 91761 | | COUNTRY US |

**7. ADDITIONAL JUDGMENT DEBTOR – insert only one name (7a or 7b):**

| 7a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |

**8. ADDITIONAL JUDGMENT DEBTOR – insert only one name (8a or 8b):**

| 8a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| 8b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 8c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |

**9. ADDITIONAL JUDGMENT CREDITOR – insert only one name (9a or 9b):**

| 9a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 9c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |

**10. ADDITIONAL JUDGMENT CREDITOR – insert only one name (10a or 10b):**

| 10a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| 10b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |

(1) FILING OFFICER COPY – JUDGMENT LIEN ADDENDUM FORM (REV. 6/01)

CA Secretary of State

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Gisella Melendez
800-331-3282

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
CT LIEN SOLUTIONS
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

DOCUMENT NUMBER: 54242590002
FILING NUMBER: 16-7517289542
FILING DATE: 03/31/2016 06:55

IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| BAUSMAN AND COMPANY INCORPORATED | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1425 S. Campus Ave. | Ontario | CA | 91761 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Summit Financial Resources, L.P. | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2455 East Parleys Way, Suite 200 | Salt Lake City | UT | 84109 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:
All assets of Debtor, now owned or hereafter acquired or created, all proceeds and products of the foregoing, all additions and accessions thereto, all rents, profits and issues thereof.

Debtor has agreed to not sell, factor or otherwise finance its accounts and to not grant any other security interest in its accounts or inventory. Public notice of this agreement is hereby given.

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions)    ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility

**6b.** Check only if applicable and check only one box:
☐ Agricultural Lien   ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
CA-0-53204060-51329600

FILING OFFICE COPY

Trustee's Motion for Order Approving the Sale of Personal Property of the Bankruptcy Estate -- 000021

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|
| Gisella Melendez |
| 800-331-3282 |

**B. E-MAIL CONTACT AT FILER (optional)**

| C. SEND ACKNOWLEDGMENT TO: (Name and Address) |
|---|
| CT LIEN SOLUTIONS |
| 2727 ALLEN PARKWAY |
| HOUSTON, TX 77019 |
| USA |

DOCUMENT NUMBER: 44525800002
FILING NUMBER: 14-7425565089
FILING DATE: 08/22/2014 11:45

IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | BAUSMAN AND COMPANY INCORPORATED | | | | |
| | 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| 1425 SOUTH CAMPUS AVENUE | | ONTARIO | CA | 91761 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Individual Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | | | | | |
| | 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| | 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | Financial Pacific Leasing, Inc. | | | | |
| | 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| P.O. Box 4568 | | FEDERAL WAY | WA | 98001 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:

All equipment and other personal property, now or hereafter the subject of that certain Agreement, relating to Financial Pacific Leasing, Inc., Contract # 001-0963589-301 , dated 08/22/2014 , between the Secured Party and Debtor, together with all attachments, additions, accessories, substitutions and replacements thereto, any and all insurance and other proceeds of the foregoing.

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

| 6a. Check only if applicable and check only one box | | | 6b. Check only if applicable and check only one box | |
|---|---|---|---|---|
| ☐ Public-Finance Transaction | ☐ Manufactured-Home Transaction | ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien | ☐ Non-UCC Filing |

**7. ALTERNATIVE DESIGNATION** (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

| 8. OPTIONAL FILER REFERENCE DATA: |
|---|
| CA-0-44600152-48943433 |

**FILING OFFICE COPY**

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Gisella Melendez
800-331-3282

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
CT LIEN SOLUTIONS
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

DOCUMENT NUMBER: 44260940002
FILING NUMBER: 14-7423353508
FILING DATE: 08/06/2014 12:57

IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Bausman and Company Incorporated | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1425 South Campus Ave | Ontario | CA | 91761 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| RLC Funding a division of Navitas Lease Corp., ISAOA | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 814 Highway A1A North, Suite 205 | Ponte Vedra Beach | FL | 32082 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:

See Attachment(s)

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions)  ☐ being administered by a Decedent's Personal Representative

| 6a. Check only if applicable and check only one box: | | 6b. Check only if applicable and check only one box: |
|---|---|---|
| ☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility | | ☐ Agricultural Lien  ☐ Non-UCC Filing |

7. ALTERNATIVE DESIGNATION (if applicable): ☑ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
CA-0-44398505-48882362

**FILING OFFICE COPY**

**See Attached Schedule**

This page and any following pages include and merge any text received for the collateral description with any attachments.

Trustee's Motion for Order Approving the Sale of Personal Property of the Bankruptcy Estate -- 000024

08/17/2007  22:13   8004966001              NATIONWIDE BUS CAP                    PAGE  06/14

## SCHEDULE "A" EQUIPMENT
### For the Lease or Finance Agreement Between:

Lessor/Secured Party:  BLC FUNDING, A DIVISION OF NATIVAS LEASE CORP.                     and,

Lessee/Debtor:  BAUSMAN AND COMPANY INCORPORATED

Location:  1425 SOUTH CAMPUS AVENUE, ONTARIO, CA  91761

1 - Dell OptiPlex Business workstation
  -Intel Core i5-2400 CPU 3.10GHz
  -4GB DDR3 SDRAM (1600MHz)
  -16x DVD-RW+-
  -500GB SATA Harddrive
  -Onboard Intel HD2000 video (Support for triple monitors)
  -MS Windows 7 Professional 64-bit
  -Dell KB/MS Combo
1 - 24" LCD Monitor
1 - MS Office 2013 Home & Business (Includes MS Word, Excel, Outlook, Onenote, Powerpoint)
1 - Upgrade HD to 128GB SSD (for performance)
3 - USB 3.0 External 2TB Harddrive (for backups)
1 - Syncback Pro
44 - Managed Endpoint Protection (annual subscription)
17 - Dell 23" LCD Monitor
1 - Adobe Photoshop CS6 - complete package
1 - Adobe Indesign CS6 - complete package
7 - Adobe Photoshop Elements 12
4 - MS Office 2013 Professional (Includes MS Word, Excel, Outlook, Onenote, Powerpoint, Access, Publisher)
13 - MS Office 2013 Home & Business (Includes MS Word, Excel, Outlook, Onenote, Powerpoint)
16 - Adobe Acrobat 11.0 Standard
1 - Microsoft Expression Studio 4 Web Professional (replaces MS Frontpage)
1 - Dell Precision T1650 Minitower Business workstation (Eng- SOLIDWORKS)
  -Intel 4C i5-3470 CPU
  -16GB DDR3 SDRAM (1600MHz)
  -256GB SSD Harddrive
  -16x DVD RW+
  -1GB AMD FirePro V4900 with 3 monitor support video
  -Integrated 10/100/1000 Ethernet adapter
  -Integrated Dell Audio
  -MS Windows 7 Professional 64-bit
  -Dell KB/MS combo (S/N: CO041414x)
15 - Dell OptiPlex Business workstation (ADMIN)
  -Intel Core i5-4440 CPU 3.10GHz
  -4GB DDR3 SDRAM (1600MHz)
  -16x DVD-RW+-
  -500GB SATA Harddrive
  -Dell Wireless-N 1705 + Bluetooth 4.0
  -Onboard Intel HD2000 video (Support for triple monitors)
  -MS Windows 7 Professional 64-bit
  -Dell KB/MS Combo
  (S/N: CO041414a,b,c,d,e,f,g,h,i,j,k,l,m,n,o)

This Equipment Schedule is attached and made part of the above referenced Agreement and constitutes
a true and accurate description of the Equipment and/or other collateral.

_____       CRAIG Johnson       PRES       8/5/14
Signature                      Print Name          Title       Date

Rev 061911

Trustee's Motion for Order Approving the Sale of Personal Property of the Bankruptcy Estate -- 000025

08/17/2007  22:13  8004966001             NATIONWIDE BUS CAP                PAGE  07/14

## SCHEDULE "A" EQUIPMENT
### For the Lease or Finance Agreement Between:

Lessor/Secured Party: <u>RLC FUNDING, A DIVISION OF NATIVAS LEASE CORP,</u> and,

Lessee/Debtor: <u>BAUSMAN AND COMPANY INCORPORATED</u>

Location: <u>1425 SOUTH CAMPUS AVENUE, ONTARIO, CA 91761</u>

7 - Dell Optiplex 960 (FACTORY)
  -Core 2 Duo 3.0 GHZ
  -4GB of Memory
  -80GB Drive
  -DVD/RW
  -Mid Tower
  -MS Windows 7 Professional 32-bit (S/N: CO041414p,q,r,s,t,u,v)
15 - MS Office Home & Business (Includes MS Word, Excel, Outlook, Onenote, Powerpoint)
5 - Dell OptiPlex Business workstation
    -Intel Core i5-4570 CPU
    -4GB DDR3 SDRAM (1600MHz)
    -16x DVD-RW+-
    -500GB SAST Harddrive
    -Onboard Intel HD4600 video (Support for triple monitors)
    -MS Windows 7 Professional 64-bit
    -Dell KB/MS Combo
1 - Netgear 5 port switch
3 - Microsoft Office 2013 Professional
1 - SAMSUNG 1192B Black 32" 8ms(GTG) HDMI Large Format Monitor 1366 x 768 300 cd/m2 3500:1
1 - Dell Inspiron workstation
    -Intel Core i5-4570 CPU
    -8GB DDR3 SDRAM (1600MHz)
    -16x DVD-RW+-
    -500GB SAST Harddrive
    -Onboard Intel HD4600 video (Support for triple monitors)
    -MS Windows 7 Professional 64-bit
    -Dell KB/MS Combo
1 - Dell Inspiron workstation
    -Intel Core i5-4570 CPU
    -8GB DDR3 SDRAM (1600MHz)
    -16x DVD-RW+-
    -500GB SAST Harddrive
    -Onboard Intel HD4600 video (Support for triple monitors)
    -MS Windows 7 Professional 64-bit
    -Dell KB/MS Combo
1 - JBL Wired Speakers
1 - Microsoft Expression Studio 4 Web Professional
5 - MS Windows 7 Pro 64Bit (License only)
1 - Cisco SG300-52 Managed 52 port 10/100/1000 Ethernet Switch
3 - CT10 compatible Bluetooth barcode scanner
7 - DVI to VGA Adapter
6 - Roll up Keyboard
1 - ATP-400UB Black 2 Buttons USB Wired Touchpad Mouse
1 - APC 550va UPS
1 - Cisco SG300-52 Managed 52 port 10/100/1000 Ethernet Switch
1 - Networking Hardware: RJ45 jacks / faceplates / ends Wire Management materials
2 - Adobe Photoshop CS6 - complete package

This Equipment Schedule is attached and made part of the above referenced Agreement and constitutes
a true and accurate description of the Equipment and/or other collateral.

| Signature | Print Name | Title | Date |
|---|---|---|---|
| | CRAIG Johnson | Pres | 8/5/14 |

Rev 061911

Trustee's Motion for Order Approving the Sale of Personal Property of the Bankruptcy Estate -- 000026

08/17/2007  22:13   8004966001                    NATIONWIDE BUS CAP                    PAGE  08/14

## SCHEDULE "A" EQUIPMENT
### For the Lease or Finance Agreement Between:

Lessor/Secured Party:  RLC FUNDING, A DIVISION OF NATIVAS LEASE CORP, ————————and,

Lessee/Debtor:  BAUSMAN AND COMPANY INCORPORATED

Location:  1425 SOUTH CAMPUS AVENUE, ONTARIO, CA 91761

1 - Brother R420 Drum
1 - Velcro Tape
1 - Roll up Foldable Keyboard
2.25 - Netgear 16 port 10/100 PoE Ethernet switch
1 - Networking Hardware: CAT5e Cable, 2- 24 port patch panels, CAT5e Patch cables, RJ45 jacks / faceplates / ends, Wire Management materials, Caddy Cat 21 J-hook w/wire clip, Wall mount swing out cabinet. black, 23"W(19"useable) X 21"H(14" useable) X, 17"D(15"useable). 8 RMU
(8) Dell SonicWALL SonicPoint-Ne Dual-Band
1 - Switch gear, -(3) NETIS UM 8 port 10/100/1000 Ethernet switch, -(2) Startech Gigabit fiber media converter

This Equipment Schedule is attached and made part of the above referenced Agreement and constitutes a true and accurate description of the Equipment and/or other collateral.

Signature _____  Print Name  CRAIG JOHNSON  Title  Pres  Date  8/5/14

Rev 061911

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3390 University Avenue, Fifth Floor, Riverside, California 92501

A true and correct copy of the foregoing document entitled (*specify*): MOTION FOR ORDER APPROVING THE SALE
OF PERSONAL PROPERTY OF THE BANKRUPTCY ESTATE FREE AND CLEAR OF LIENS; MEMORANDUM OF
POINTS AND AUTHORITIES; AND DECLARATION OF ROBERT S. WHITMORE IN SUPPORT THEREOF

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
11/10/2014_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that
the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated
below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 11/10/2014_____, I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 11/10/2014_____, I served
the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.

☒  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/10/2014 | Arthur E. Johnston | Arthur E. Johnston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                      **F 9013-3.1.PROOF.SERVICE**

## SERVICE LIST

In re: Bausman and Company Incorporated
6:17-bk-10724-MH

### No. 1 (NEF)

- Franklin C Adams    franklin.adams@bbklaw.com,
  arthur.johnston@bbklaw.com;lisa.spencer@bbklaw.com
- Peter C Bronson    pbronson@pbronsonlaw.com
- Everett L Green    everett.l.green@usdoj.gov
- Sayuri J Hirahara    jhirahara@caddenfuller.com
- Thomas P Kelly    tomkelly@sonic.net, elric@sonic.net
- William A Smelko    William.Smelko@procopio.com,
  Kristina.terlaga@procopio.com;calendaring@procopio.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
- Carol G Unruh    cgunruh@sbcglobal.net
- Robert Whitmore (TR)    rswtrustee@yahoo.com, rwhitmore@ecf.epiqsystems.com

### No. 3 (Personal Delivery)

Hon. Judge Mark H. Houle
United States Bankruptcy Court
Bin Outside RS Courtroom 303

### No. 2 (U. S. Mail)

**Debtor**
Bausman and Company Incorporated
1500 Crafton Ave.
Mentone, CA  92359

**Potential Buyer**
Juergen Schumacher
Ex-Factory, Inc.
1805 Sardis Road North
Charlotte, NC 28270

**Lienholders**

**Department of the Treasury**
Internal Revenue Service
P. O. Box 7346
Philadelphia, PA  17101-7346

**Internal Revenue Service**
P. O. Box 14595, Stop 8420G
Cincinnati, OH  45250-5585

**U.S. Attorney General**
United States Department of Justice
Ben Franklin Station
P. O. Box 683
Washington, DC 20044

**Civil Process Clerk**
United States Attorney's Office
Federal Building, Room 7516
300 North Los Angeles Street
Los Angeles, CA 90012

**Walker Greenbank, Inc.**
dba Sanderson and Sons NA, Ltd., Inc.
800 Huyler St.
Teterboro, NJ 07606

**Corporation Service Company**
Agent for Service of Process for
Arthur Sanderson and Sons
80 State St
Albany, NY 12207-2541

**Labor Commissioner of
the State of California**
Re: Morales v. Bausman
2031 Howe Ave., Suite 100
Sacramento, CA 95825

**Employment Development Department**
Bankruptcy Group MIC 92E
Sacramento, CA 94280-0001

**Office of the Attorney General**
for the State of California
300 South Spring Street
Los Angeles, CA 90013-1230

**Summit Financial Resources, L.P.**
2455 East Parleys Way, Suite 200
Salt Lake City, UT 84109

**C T Corporation System**
Agent for service of process for
**Summit Financial Resource, L.P.**
Attention: Vivian Imperial
818 W. Seventh St Ste 930
Los Angeles California 90017

**Financial Pacific Leasing, Inc.**
P. O. Box 4568
Federal Way, WA 98001

**C T Corporation System**
Agent for service of process for
**Financial Pacific Leasing, Inc.**
Attention: Vivian Imperial
818 W. Seventh St Ste 930
Los Angeles California 90017

**RLC Funding**
a division of Navitas Lease Corp., ISAOA
814 Highway A1ANorth, Suite 205
Porte Vedra Beach, FL 32082

**Corpdirect Agents, Inc.**
Agent for Service of Process for
**Navitas Credit Corp.**
*(Formerly Navitas Lease Corp.)*
818 W 7th Street, Suite 930
Los Angeles, California 90017-3476